UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :     <u>ORDER</u>

      - v. -                          :     08 Cr. 615 (LAK)

HERNAN ARBIZU,                     :

           Defendant.            :

- - - - - - - - - - - - - - - - - - - - x

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Nicholas Lewin;

      It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

      ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:  New York, New York
       July 28, 2008

                                           _____
                                           The Honorable Ronald L. Ellis
                                           UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: